[No. 38740-9-II. Division Two. June 16, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. KAREN LOUISE SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-00987-2, Anna M. Laurie, J., entered December 26, 2008. *Reversed* and *remanded with instructions* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 38955-0-II. Division Two. June 16, 2010.]

JON SCHLEIGER, *Respondent,* v. ALBERT YAUNKUNKS, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-2-00144-1, Craddock D. Verser, J., entered January 27, 2009. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 39112-1-II. Division Two. June 16, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK EVAN CHATEL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01086-6, Elaine Houghton, J. Pro Tem., entered March 30, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Van Deren, JJ.

[No. 39279-8-II. Division Two. June 16, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM CHEAD JUSTICE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 89-1-01173-5, Edwin L. Poyfair, J., entered March 18, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Armstrong, J.